**Lewis H. NEAL, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 61326.**

Missouri Court of Appeals, Western District.

Feb. 11, 2003.

Andrew A. Schroeder, Assistant State Public Defender, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Richard Starnes, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., ROBERT G. ULRICH and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Mr. Lewis Neal appeals from a judgment denying his post-conviction relief motion under Rule 24.035.

For the reasons set forth in the memorandum provided to the parties, we affirm. Rule 84.16(b).